# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON,<br><br>　　　　　　　　　　Plaintiff(s),<br>　　　vs.<br>UNIVERSITY OF ALASKA-ANCHORAGE, et al.<br><br>　　　　　　　　　　Defendant(s). | Case No. 3:22-cv-00247-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Keith Altman (name), hereby apply for permission to appear and participate as counsel for Rebecca Mason (Name of party), Plaintiff (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
<br>(Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: November 14, 2022

/s/ Keith Altman
<br>(Signature)

Keith Altman
<br>(Printed Name)

33228 W. 12 Mile Road, Suite 375
<br>(Address)

Farmington Hills, MI 48334
<br>(City/State/Zip)

(248) 987-8929
<br>(Telephone Number)

keithaltman@kaltmanlaw.com
<br>(e-mail address)

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
<br>(Signature)

_____
<br>(Printed Name)

_____
<br>(Address)

_____
<br>(City, State, Zip)

_____
<br>(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Keith L. Altman

Business Address: 33228 W. 12 Mile Road, Suite 375, Farmington Hills, MI 48334
(Mailing/Street) (City, State, ZIP)

Residence: 30474 Fox Club Drive, Farmington Hills, MI 48331
(Mailing/Street) (City, State, ZIP)

Business Telephone: (248) 987-8929    e-mail address: keithaltman@kaltmanlaw.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

*See Attached List

(Jurisdiction)   (Address)   (Year)

(Jurisdiction)   (Address)   (Year)

(Jurisdiction)   (Address)   (Year)

(Jurisdiction)   (Address)   (Year)

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: November 14, 2022

_____
(Signature of Applicant)

# Keith Altman List of Court Admissions

| State Court/Bar ID | Admission Date | Status |
|---|---|---|
| California/257309 | 8/25/2008 | Active |
| Michigan/P81702 | 6/21/2017 | Active |

| Federal Court/Bar ID | Admission Date | Status |
|---|---|---|
| Eastern Michigan | 12/4/2015 | Active |
| Western Michigan/CA257309 | 2011 | Active |
| District of Maryland/20234 | 12/8/2017 | Active |
| Northern California/257309 | 4/5/2011 | Active |
| Southern California/257309 | 9/4/2008 | Active |
| Central California/257309 | 2/7/2013 | Active |
| Eastern California/257309 | 8/29/2017 | Active |
| Northern New York/702338 | 12/2/2020 | Active |
| Southern Indiana/257309 | 1/20/2021 | Active |
| Northern Illinois/P81702 | 2/16/2021 | Active |
| Central Illinois/7314 | 8/13/2021 | Active |
| District of Colorado | 6/8/2009 | Active |
| District of North Dakota | 3/9/2022 | Active |
| Southern Texas/CA257309 | 3/4/2022 | Active |

| Federal Court/Bar ID | Admission Date | Status |
|---|---|---|
| Western Texas/257309 | 10/27/2021 | Active |
| Eastern Texas | 3/6/2019 | Active |

| Appeals Court/Bar ID | Admission Date | Status |
|---|---|---|
| First Circuit | 7/6/2022 | Active |
| Second Circuit | 3/17/2017 | Active |
| Third Circuit | 1/11/2022 | Active |
| Fourth Circuit | 4/5/2022 | Active |
| Fifth Circuit | 1/29/2020 | Active |
| Sixth Circuit | 4/16/2018 | Active |
| Eighth Circuit/17-0173 | 4/12/2017 | Active |
| Ninth Circuit/CA257309 | 5/29/2018 | Active |
| Eleventh Circuit | 2017 | Active |

| U.S. Supreme Court/ID | Admission Date | Status |
|---|---|---|
| U.S. Supreme Court/281811 | 1/9/2012 | Active |

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: September 07, 2022

Clerk



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### KEITH L. ALTMAN

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that KEITH L. ALTMAN, #257309, was on the **25th day of August, 2008**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the **9th day of September 2022**.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Tao Zhang, Assistant Deputy Clerk III*