Christina A. Rankin, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: crankin@guessrudd.com

Attorneys for University of Alaska-Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| REBECCA MASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:22-cv-00247-SLG |
| | ) | |
| UNIVERSITY OF ALASKA-ANCHORAGE through the Board of Regents; | ) ) ) | **University of Alaska-Anchorage's Unopposed Motion for Extension of Time to File Answer** |
| DOROTHY KINLEY, in her individual and official capacity; | ) ) | |
| CHRISTINE MICHEL, in her individual and official capacity; | ) ) | |
| BANU MUFALE, in her individual and official capacity; and | ) ) | |
| DOE DEFENDANTS 1-20, in their individual and official capacity, | ) ) | |
| | ) | |
| Defendants. | ) | |

University of Alaska-Anchorage, by and through its attorneys, Guess &

Rudd, P.C., hereby moves for a 30-day extension of time to file its Answer to the

Complaint. The University's Answer is currently due January 15, 2023 and it requests an

Unopposed Motion for Extension of Time to File Answer
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 1 of 2

extension of time until February 15, 2023 because its counsel, Christina A. Rankin, is scheduled for a three week trial before the Honorable Joshua M. Kindred in Case No. 3:19-cv-00241-JMK, beginning January 9, 2023. The undersigned conferred with counsel for plaintiff, and he does not oppose the request.

DATED at Anchorage, Alaska, this 5th day of January, 2023.

GUESS & RUDD P.C.
Attorneys for University of Alaska-Anchorage

By: /s Christina A. Rankin
Christina A. Rankin, AK Bar No. 0306034

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of
January, 2023, a copy of the foregoing document
was served electronically on:

Keith Altman, Esq.

Guess & Rudd P.C.

s/Christina Rankin
F:\DATA\6793\5\Pleadings\01 Mtn for Extension to file Answer.doc

Unopposed Motion for Extension of Time to File Answer
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 2 of 2