Christina A. Rankin, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: crankin@guessrudd.com

Attorneys for University of Alaska-Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY OF ALASKA-<br>ANCHORAGE through the Board of )<br>Regents; )<br>DOROTHY KINLEY, in her )<br>individual and official capacity; )<br>CHRISTINE MICHEL, in her )<br>individual and official capacity; )<br>BANU MUFALE, in her individual )<br>and official capacity; and )<br>DOE DEFENDANTS 1-20, in their )<br>individual and official capacity, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:22-cv-00247-SLG<br><br>**[proposed] Order Granting Unopposed Motion for Extension of Time to File Answer** |

      University of Alaska-Anchorage having moved for an unopposed extension

of time until February 15, 2023 to file it Answer to the Complaint, and the court being

fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. University of Alaska-Anchorage's Answer shall be due on February 15, 2023.

DATED: _____

                                          The Honorable Sharon L. Gleason
                                          United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2023, a copy of the foregoing document was served electronically on:

Keith Altman, Esq.

Guess & Rudd P.C.

s/Christina Rankin
F:\DATA\6793\5\Pleadings\01 Order.doc