UNITED STATES DISTRICT COURT
for the District of Alaska

85538

Rebecca Mason

-vs-

University of Alaska-Anchorage

3:22-cv-00247-SLG

# RETURN OF SERVICE

I certify that on <u>Tuesday, January 31, 2023</u> at <u>1:32pm</u> I served the following documents: Summons in a Civil Action, Complaint, Causes of Action, Second Count - Violation of Title II of the American with Disabilities Act, Third Count - Violation of Section 504 of the Rehabilitation Act of 1973, Fourth Count - Violation of Title VI of the Civil Rights Act of 1964, and Fifth Count - Violation of Title VII of the Civil Rights Act of 1964, Sixth Count - Negligent Infliction of Emotional Distress, Seventh Count - Intentional Infliction of Emotional Distress, Eight Count - Breach of Contract and Jury Demand for service upon <u>Banu Mufale</u>, by leaving a true and correct copy with <u>Banu Mufale</u> located at <u>1801 N Buckeye Lane</u> in Wasilla, Alaska

_Shannon L Severson_
Civilian Process Server / Shannon Severson

SUBSCRIBED AND SWORN to before me on February 1, 2023

_Todd_
Notary Public in and for the State of Alaska.



STATE OF ALASKA
NOTARY PUBLIC
Todd Severson
My Commission Expires Jun 15, 2024



SEVERSON LLC
PO Box 210101 Anchorage, Alaska 99521
Phone 907) 222-2430
mail@seversonllc.net

Client: K Altman Law
Attention: Stefanie Mazzola
File No:
Service Fee: $100.00
Mileage: $0.00
Endeavor: $0.00
Endeavor: $0.00
Total: $100.00  Credit Card ending in # 9424