Keith Altman, Esq. (*pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
*Attorney for Plaintiff, Rebecca Mason*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON,<br>*Plaintiff,*<br>v.<br><br>UNIVERSITY OF ALASKA-ANCHORAGE through the Board of Regents;<br>DOROTHY KINLEY, in her individual and official capacity;<br>CHRISTINE MICHEL, in her individual and official capacity;<br>BANU MUFALE, in her individual and official capacity; and<br>DOE DEFENDANTS 1-20, in their individual and official capacity,<br>*Defendants*. | CASE NO. 3:22-cv-00247-SLG |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff, Rebecca Mason, by and through undersigned counsel, Keith Altman, Esq., hereby respectfully moves the Court for a thirty (30) day extension of the current deadline for service of process and the filing of affidavits of service

applicable under Rule 4 of the Federal Rules of Civil Procedure. In support thereof, Plaintiff states the following:

1. Plaintiff commenced this action on November 14, 2022. (ECF 1).

2. On November 15, 2022, Plaintiff mailed Rule 4 Notices of Lawsuit and Requests for Waiver of the Service of Summons to all Defendants "care of" University of Alaska-Anchorage's ("UA") Office of the General Counsel.

3. On December 14, 2022 counsel for University of Alaska-Anchorage, Guess & Rudd P.C., returned an executed Waiver of the Service of Summons on behalf of Defendant University of Alaska-Anchorage only. Said counsel also included a letter with the executed Waiver that stated they "may or may not ultimately represent the individual defendants as well as the University", but at this time they did not have authority to waive service for them.

4. On January 5, 2023 Plaintiff's counsel reached out to counsel for UA to follow-up on if they had been authorized to accept service on behalf of the remaining named Defendants. UA Counsel informed Plaintiff's counsel that they "do not have authority to accept service" on behalf of the remaining Defendants.

5. Plaintiff has since made extensive good faith efforts to locate and serve the remaining individual Defendants.

6. Summons was returned executed as to Defendant Banu Mufale on January 31, 2023.

7. Service attempts have been made upon Defendants Dorothy Kinley and Christine Michel but have been unsuccess as of today's date.

8. The current deadline to serve Defendants in this matter is February 12, 2023. Plaintiff is requesting an additional thirty (30) days to locate and serve Defendants Dorothy Kinley and Christine Michel.

9. The undersigned has conferred with counsel for Defendant UA, and they do not oppose this request.

10. This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

Dated: February 8, 2023  Respectfully Submitted,

/s/Keith Altman
Keith Altman, Esq. (*pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road - Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2023, a copy of the forgoing document was served via this Court's CM/ECF system upon all counsel of record.

*/s/ Keith Altman*