Keith Altman, Esq. (*pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
*Attorney for Plaintiff, Rebecca Mason*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON,<br>    *Plaintiff,*<br>v.<br><br>UNIVERSITY OF ALASKA-ANCHORAGE through the Board of Regents;<br>DOROTHY KINLEY, in her individual and official capacity;<br>CHRISTINE MICHEL, in her individual and official capacity;<br>BANU MUFALE, in her individual and official capacity; and<br>DOE DEFENDANTS 1-20, in their individual and official capacity,<br>    *Defendants*. | **CASE NO. 3:22-cv-00247-SLG** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff, Rebecca Mason, having moved for an unopposed extension of time of thirty (30) days additional days to effect service on Defendants Dorothy Kinley and Christine Michel, and the court being fully advised of the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall have to and including March 14, 2023 to serve Defendants Dorothy Kinley and Christine Michel.

Dated: _____                    _____
                                            The Honorable Sharon L. Gleason
                                            United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2023, a copy of the forgoing document was served via this Court's CM/ECF system upon all counsel of record.

*/s/ Keith Altman*