UNITED STATES DISTRICT COURT
for the District of Alaska

85571

Rebecca Mason

-vs-

University of Alaska-Anchorage

3:22-cv-00247-SLG

# RETURN OF SERVICE

I certify that on Friday, February 10, 2023 at 9:55am I served the following documents: Summons in a Civil Action, Complaint, Causes of Action, Second Count - Violation of Title II of the American with Disabilities Act, Third Count - Violation of Section 504 of the Rehabilitation Act of 1973, Fourth Count - Violation of Title VI of the Civil Rights Act of 1964, and Fifth Count - Violation of Title VII of the Civil Rights Act of 1964, Sixth Count - Negligent Infliction of Emotional Distress, Seventh Count - Intentional Infliction of Emotional Distress, Eight Count - Breach of Contract and Jury Demand for service upon Dorothy Kinley, by leaving a true and correct copy with Dorothy Kinley located at 7600 DeBarr Rd. (Walgreen's parking lot, address provided by Ms. Kinley) in Anchorage Alaska

Civilian Process Server / Todd Severson

SUBSCRIBED AND SWORN to before me on February 10, 2023

Notary Public in and for the State of Alaska.

STATE OF ALASKA
NOTARY PUBLIC
Shannon L. Severson
My Commission Expires Nov 2, 2023

| | |
|---|---|
| Client: | K Altman Law |
| Attention: | Stefanie Mazzola |
| File No: | |
| Service Fee: | $75.00 |
| Mileage: | $0.00 |
| Endeavor: | $0.00 |
| Endeavor: | $0.00 |
| Total: | $75.00   Credit Card ending in #9424 |



SEVERSON LLC
PO Box 210101 Anchorage, Alaska 99521
Phone 907) 222-2430
mail@seversonllc.net

Case 3:22-cv-00247-SLG   Document 15   Filed 02/16/23   Page 1 of 1