IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REBECCA MASON   v.   UNIVERSITY OF ALASKA-ANCHORAGE, et al

THE HONORABLE SHARON L. GLEASON

DEPUTY CLERK                                   CASE NO. 3:22-cv-00247-SLG

Robin Carter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   Date: 2/24/2023

**Plaintiff is required to take action as to:**

| Complaint | Amended Complaint | Third-Party Complaint | Complaint in Intervention |
|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ |

☐   IMPORTANT REMINDER. Proof of service as to one or more defendants is lacking. Pursuant to Rule 4(m), Federal Rules of Civil Procedure, service is to be accomplished within 90 days from the filing of the complaint. File proofs of service on those defendants already served.

☒   Case Not at Issue Banu Mufale. An answer has not been filed by one or more defendants served in this case. Where the time to answer has expired, require an answer immediately or apply for default within 21 days from the date of this minute order.

☐   Dismissal for Failure to Take Action (Warning!). An answer has not been filed by nor default taken as to defendant(s) named below, and plaintiff has ignored a prior minute order on this subject. Defendant(s) as to whom the case is not at issue 90 days from filing of the complaint will be dismissed for lack of prosecution. Defendant(s):

☐   Case Dismissed. For failure to ☐ make service ☐ failure to take a default or require an answer, this case is dismissed without prejudice as to defendant(s):