Christina A. Rankin, Esq.
Kristin E. Crabb, Esq.
Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: crankin@guessrudd.com
E-mail: kcrabb@guessrudd.com
E-mail: pweiss@guessrudd.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY OF ALASKA- )<br>ANCHORAGE through the Board of )<br>Regents; et al., )<br>)<br>Defendants. )<br>) | Case No. 3:22-cv-00247-SLG |

ENTRY OF APPEARANCE

Pamela D. Weiss, an attorney with Guess & Rudd P.C., hereby enters her appearance on behalf of defendants, in the above-captioned action, and requests that all pleadings or other documents be served on her at 1029 W. 3rd Avenue, Suite 400, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 10th day of March, 2023.

> GUESS & RUDD P.C.
> Attorneys for Defendants
>
> By: s/ Pamela D. Weiss
> Christina A. Rankin, AK Bar No. 0306034
> Kristin E. Crabb, AK Bar No. 1011070
> Pamela D. Weiss, AK Bar No. 0305022

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2023, a copy of the foregoing document was served electronically on:

Keith Altman, Esq.

Guess & Rudd P.C.

s/Pamela D. Weiss
F:\DATA\6793\5\Pleadings\04 EOA (pdw).doc