Kristin E. Crabb, Esq.
Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail:  kcrabb@guessrudd.com
E-mail:  pweiss@guessrudd.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF ALASKA-ANCHORAGE through the Board of Regents; et al., <br><br> Defendants. | Case No. 3:22-cv-00247-SLG |

NOTICE OF WITHDRAWAL

Defendants give notice of the withdrawal of Christina A. Rankin as an attorney of record and requests that Christina A. Rankin's name be removed from the service list in this proceeding. Defendants continue to be represented by other attorneys at Guess & Rudd, P.C.

Notice of Withdrawal (Rankin)
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 1 of 2

Case 3:22-cv-00247-SLG   Document 22   Filed 04/03/23   Page 1 of 2

DATED at Anchorage, Alaska, this 3rd day of April, 2023.

GUESS & RUDD P.C.
Attorneys for Defendants


By: s/Kristin E. Crabb
Kristin E. Crabb, AK Bar No. 1011070
Pamela D. Weiss, AK Bar No. 0305022

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of
April, 2023, a copy of the foregoing document
was served electronically on:

Keith Altman, Esq.

Guess & Rudd P.C.

s/Kristin E. Crabb
F:\DATA\6793\5\Pleadings\05 Notice of Withdrawal.doc

Notice of Withdrawal (Rankin)
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 2 of 2