Kristin E. Crabb, Esq.
Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail:  kcrabb@guessrudd.com
E-mail:  pweiss@guessrudd.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY OF ALASKA-<br>ANCHORAGE through the Board of )<br>Regents; et al., )<br>)<br>Defendants. )<br>) | Case No. 3:22-cv-00247-SLG |

DEFENDANTS UNOPPOSED MOTION
TO EXTEND CERTAIN PRETRIAL DEADLINES

Defendants University of Alaska-Anchorage, Dorothy Kinley, Christine

Michel, and Banu Mufale, by and through their attorneys, Guess & Rudd P.C., hereby

move unopposed to extend the deadline for Initial Disclosures and Preliminary Witness

Lists from May 1, 2023 to May 31, 2023.  The undersigned conferred with counsel for

plaintiff, and he does not oppose the request.

Defendants Unopposed Motion to Extend Certain Pretrial Deadlines
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 1 of 2

Case 3:22-cv-00247-SLG   Document 24   Filed 04/28/23   Page 1 of 2

DATED at Anchorage, Alaska, this 28th day of April, 2023.

GUESS & RUDD P.C.
Attorneys for Defendants


By:    s/Pamela D. Weiss
          Kristin E. Crabb, AK Bar No. 1011070
          Pamela D. Weiss, AK Bar No. 0305022


CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of
April, 2023, a copy of the foregoing document
was served electronically on:

Keith Altman, Esq.

Guess & Rudd P.C.

s/ Pamela D. Weiss
F:\DATA\6793\5\Pleadings\06 Unopposed mtn to extend certain pretrial deadlines.doc