Kristin E. Crabb, Esq.
Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail:  kcrabb@guessrudd.com
E-mail:  pweiss@guessrudd.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:22-cv-00247-SLG ) |
| UNIVERSITY OF ALASKA-ANCHORAGE through the Board of Regents; et al., | ) [proposed] ORDER ) ) ) |
| Defendants. | ) ) |

Defendants having moved unopposed to extend certain pretrial deadlines, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED.  Initial Disclosures and Preliminary Witness Lists are now due on May 31, 2023.

DATED: _____

_____
The Honorable Sharon L. Gleason
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of
April, 2023, a copy of the foregoing document
was served electronically on:

Keith Altman, Esq.

Guess & Rudd P.C.

s/ Pamela D. Weiss
F:\DATA\6793\5\Pleadings\06 Order.doc

[proposed] Order
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 2 of 2