# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| REBECCA MASON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:22-cv-00247-SLG |
| | ) | |
| UNIVERSITY OF ALASKA – ANCHORAGE, | ) | |
| et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiff's claims are DISMISSED with prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: March 24, 2025

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court