Kristin E. Crabb, Esq.
Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: kcrabb@guessrudd.com
E-mail: pweiss@guessrudd.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| REBECCA MASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:22-cv-00247-SLG |
| | ) | |
| UNIVERSITY OF ALASKA-ANCHORAGE through the Board of Regents; et al., | ) ) ) | AFFIDAVIT OF PAMELA D. WEISS |
| | ) | |
| Defendants. | ) | |
| | ) | |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, PAMELA D. WEISS, being first duly sworn, depose and state as follows:

1. I am an attorney with Guess & Rudd P.C., attorneys for the University of Alaska, and individually named UAA defendants (collectively, "UAA Defendants") in this matter. I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the billing records of Guess & Rudd P.C. in this action and make these statements based on my personal knowledge.

Affidavit of Pamela Weiss
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 1 of 2

Case 3:22-cv-00247-SLG    Document 39-1    Filed 04/07/25    Page 1 of 15

3.  I became a member of the Alaska Bar in 2003 and have practiced continuously in Alaska since that time. I have represented individuals, businesses and government agencies in a variety of civil litigation matters.

4.  The $300 hourly rate charged to UAA Defendants in this case is reasonable and consistent with the prevailing rate charged by attorneys in the community. I am aware of attorneys who charge much higher rates per hour and that U.S. District Court has previously found that a rate of $300/hour is reasonable. A small amount of work performed by an associate was billed at an even lower rate, of $225/hour.

5.  Attached hereto as Exhibit A are the billing records, which show that our firm performed at least 224.10 hours of work on this matter and therefore the actual fees incurred by UAA Defendants in connection with defense of this matter are $67,566.30. Information reflecting attorney-client privilege communications or work product has been redacted.

6.  The fees reflected in the billing records were actually, necessarily, and reasonably incurred by UAA Defendants in the defense of both the federal and state law claims brought by Ms. Mason.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Pamela D. Weiss

SUBSCRIBED AND SWORN TO before me this 7th day of April, 2025.

_____
Notary Public for Alaska
My commission expires: 3/20/2028

Affidavit of Pamela Weiss
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 2 of 2

# Guess & Rudd P.C.

## Inquiry Activity Billed Report (Inception-to-Date)

Client/Matter: 06793 UNIVERSITY OF ALASKA / 06793.0005 Rebecca Mason v. University of Alaska, et al

**Bill Attorney: PDW Pamela Weiss**

|  | **Hours** | **Fees** | **Cash Exp.** | **Non-Cash Exp.** | **Discount** | **Total** |
|---|---|---|---|---|---|---|
| Billed: | 224.10 | 67,215.00 | 351.30 | 0.00 | 0.00 | **67,566.30** |
| **Employee Recap:** | **Hours** | **Fees** | **Cash Exp.** | **Non-Cash Exp.** | **Discount** | **Total** |
| CR Rankin, Christina | 13.50 | 4,050.00 | 0.00 | 0.00 | 0.00 | **4,050.00** |
| KEC Kristin E. Crabb | 0.60 | 195.00 | 0.00 | 0.00 | 0.00 | **195.00** |
| PDW Pamela Weiss | 209.60 | 62,880.00 | 351.30 | 0.00 | 0.00 | **63,231.30** |
| RBR Burns-Riley, Rikki | 0.40 | 90.00 | 0.00 | 0.00 | 0.00 | **90.00** |

| Date | Tkpr/Exp | Activity Description | Billed Values Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | **Time Fees** | | | |
| 11/30/2022 | CR Rankin, Christina | | 0.60 | 300.00 | 180.00 |
| | | Emails to/from client contacts re new assignment; review complaint and proposed waiver of summons | | | |
| 12/14/2022 | CR Rankin, Christina | | 1.20 | 300.00 | 360.00 |
| | | Review waiver of process issues; draft letter to opposing counsel re same; emails to/from client contact re same/status/plan | | | |
| 01/10/2023 | CR Rankin, Christina | | 0.40 | 300.00 | 120.00 |
| | | Emails/calls to/from client contact re answer, ▓▓▓▓▓ next steps, etc. | | | |
| 01/26/2023 | RBR Burns-Riley, Rikki | | 0.30 | 225.00 | 67.50 |
| | | Email to Christina Rankin regarding Answer | | | |
| 02/03/2023 | CR Rankin, Christina | | 0.30 | 300.00 | 90.00 |
| | | Emails to/from client contact re ▓▓▓▓▓ | | | |
| 02/07/2023 | CR Rankin, Christina | | 0.20 | 300.00 | 60.00 |
| | | Emails to/from opposing counsel/client contact re ▓▓▓▓▓ | | | |
| 02/10/2023 | CR Rankin, Christina | | 3.30 | 300.00 | 990.00 |
| | | Work on Answer to Complaint | | | |
| 02/13/2023 | CR Rankin, Christina | | 2.90 | 300.00 | 870.00 |
| | | Continue to revise and supplement lengthy Answer, including adding affirmative defenses; emails to/from client contact re ▓▓▓▓▓ | | | |
| 02/17/2023 | CR Rankin, Christina | | 0.10 | 300.00 | 30.00 |
| | | Call with client re status, plan | | | |
| 02/24/2023 | CR Rankin, Christina | | 0.20 | 300.00 | 60.00 |
| | | Emails to/from client contact re ▓▓▓▓▓ | | | |
| 02/27/2023 | CR Rankin, Christina | | 0.40 | 300.00 | 120.00 |
| | | Emails/calls to/from client contact re ▓▓▓▓▓; email opposing counsel re service | | | |
| 02/28/2023 | CR Rankin, Christina | | 0.80 | 300.00 | 240.00 |
| | | Emails to/from opposing counsel/client contact re service; draft letters/memo re ▓▓▓▓▓ | | | |
| 03/07/2023 | CR Rankin, Christina | | 0.50 | 300.00 | 150.00 |
| | | Emails to/from client contact, individual clients re ▓▓▓▓▓ (.3); work on strategy re Answer for individual defendants (.2) | | | |
| 03/07/2023 | PDW Pamela Weiss | | 3.50 | 300.00 | 1,050.00 |
| | | Review file (.2); revise and supplement Answer (3.3) | | | |
| 03/08/2023 | CR Rankin, Christina | | 1.80 | 300.00 | 540.00 |
| | | Revise, supplement, and forward draft Answers to individual defendants; email client contact re same | | | |
| 03/08/2023 | PDW Pamela Weiss | | 1.40 | 300.00 | 420.00 |
| | | Review file/Complaint (.3); review client documents (.7) supplement Answer (.4) | | | |
| 03/09/2023 | CR Rankin, Christina | | 0.30 | 300.00 | 90.00 |
| | | Emails to/from C. Michel re ▓▓▓▓▓ | | | |
| 03/09/2023 | PDW Pamela Weiss | | 0.90 | 300.00 | 270.00 |
| | | Revise and supplement Answer ▓▓▓▓▓ (.7); research ▓▓▓▓▓ (.2) | | | |

| Date | Tkpr/Exp Activity Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 03/13/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Review Order re initial planning and scheduling conference report | | | |
| 03/22/2023 | CR Rankin, Christina | 0.50 | 300.00 | 150.00 |
| | Call with opposing counsel re parties planning meeting | | | |
| 03/29/2023 | RBR Burns-Riley, Rikki | 0.10 | 225.00 | 22.50 |
| | Check on status of completion of scheduling and planning report | | | |
| 03/30/2023 | PDW Pamela Weiss | 0.50 | 300.00 | 150.00 |
| | Review joint parties planning report (.1); email counsel re same (.2); additional email to counsel re parties report (.2) | | | |
| 04/10/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Draft email to M. Kenna ■■■ | | | |
| 04/14/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Teleconference with M. Kenna ■■■ review email to defendant Kinley re ■■■ | | | |
| 04/17/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Email correspondence from/to D. Kinley re ■■■ | | | |
| 04/20/2023 | PDW Pamela Weiss | 4.40 | 300.00 | 1,320.00 |
| | Email to/from Dorothy Kinley re ■■■ (.1); research re federal claims under due process, ADA, Rehabilitation Act in lengthy ■■■ (3.6); research re state law claim for NIED ■■■ (.4); research re UAA academic integrity process (.3) | | | |
| 04/21/2023 | PDW Pamela Weiss | 1.00 | 300.00 | 300.00 |
| | Teleconference with Daisy Saffir (.2); review deadlines (.1); research re NIED, IIED and contract claims (.7) | | | |
| 04/24/2023 | PDW Pamela Weiss | 0.60 | 300.00 | 180.00 |
| | Revise and supplement preliminary Witness List (.1); review and supplement Initial Disclosures (.2); identify items needed for disclosures and draft and send email to M. Kenna re ■■■ (.3) | | | |
| 04/25/2023 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Correspondence to/from M. Kenna re documents and disclosures (.2); draft and send email to attorney Altman re extension (.1) | | | |
| 04/27/2023 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Call to attorney Altman (.1); email to/from Altman re extension of deadlines (.2) | | | |
| 04/28/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Review and finalize Motion for Unopposed Extension and Proposed Order re same | | | |
| 05/03/2023 | PDW Pamela Weiss | 0.20 | 300.00 | 60.00 |
| | Emails to/from Altman re meeting and extensions | | | |
| 05/10/2023 | PDW Pamela Weiss | 0.20 | 300.00 | 60.00 |
| | Identify subjects for discovery requests | | | |
| 05/12/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Email to M. Kenna re ■■■ | | | |
| 05/16/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Email correspondence to/from M. Kenna re ■■■ | | | |
| 05/17/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | E-mail communication with M. Kenna re ■■■ | | | |

| Date | Tkpr/Exp Activity Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | | **Billed Values** | | |
| 05/19/2023 | PDW Pamela Weiss | 0.80 | 300.00 | 240.00 |
| | Begin review and analysis of file materials | | | |
| 05/22/2023 | PDW Pamela Weiss | 1.80 | 300.00 | 540.00 |
| | Continue review and analyze records ▮▮▮ | | | |
| 05/22/2023 | PDW Pamela Weiss | 0.20 | 300.00 | 60.00 |
| | Evaluate elements of contract claim | | | |
| 05/24/2023 | PDW Pamela Weiss | 1.80 | 300.00 | 540.00 |
| | Research re FERPA with respect to materials for Initial Disclosures (.9); identify items for redaction in Initial Disclosures (.9) | | | |
| 05/25/2023 | PDW Pamela Weiss | 0.40 | 300.00 | 120.00 |
| | Evaluate ▮▮▮ (.2); correspondence with M. Kenna re ▮▮▮ (.2) | | | |
| 05/26/2023 | PDW Pamela Weiss | 0.00 | 0.00 | 0.00 |
| | Evaluate ▮▮▮ | | | |
| 05/30/2023 | PDW Pamela Weiss | 1.60 | 300.00 | 480.00 |
| | Revise and supplement Initial Disclosure pleading (.3); review and identify privileged information in materials to accompany initial disclosures and analyze ▮▮▮ (1.3) | | | |
| 05/31/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Receive and review Initial Disclosures from Mason | | | |
| 06/06/2023 | PDW Pamela Weiss | 0.50 | 300.00 | 150.00 |
| | Evaluate basis for Mason contract claim (.2); begin working on discovery requests to Mason (.3) | | | |
| 06/07/2023 | PDW Pamela Weiss | 2.80 | 300.00 | 840.00 |
| | Identify subjects for discovery requests and work on drafting first set of RFAs | | | |
| 06/08/2023 | PDW Pamela Weiss | 1.50 | 300.00 | 450.00 |
| | Revise and supplement discovery requests to plaintiff | | | |
| 06/16/2023 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Revise and supplement proposed discovery requests to Mason (.2); draft and send email to M. Kenna and Patti re same (.1) | | | |
| 06/26/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Draft and send additional email to M. Kenna and Patti re discovery requests | | | |
| 07/11/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Correspondence with Patti re ▮▮▮ | | | |
| 07/17/2023 | PDW Pamela Weiss | 0.90 | 300.00 | 270.00 |
| | Review and analyze discovery requests to UAA, Mufale and Michel (.4); draft and send email to M. Kenna and Patti re ▮▮▮ (.2); draft and send email to defendant Michel re ▮▮▮ (.2); draft and send email to defendant Mufale re ▮▮▮ responses (.1) | | | |
| 07/17/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Email correspondence f/t defendant Michel re ▮▮▮ | | | |
| 07/18/2023 | PDW Pamela Weiss | 0.20 | 300.00 | 60.00 |
| | Additional email correspondence from/to defendant Michel re ▮▮▮ (.1); email correspondence from/to defendant Mufale re ▮▮▮ (.1) | | | |

| Date | Tkpr/Exp Activity Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | | | **Billed Values** | |
| 07/19/2023 | PDW Pamela Weiss | 0.40 | 300.00 | 120.00 |
| | Additional email correspondence from/to B. Mufale re ▮▮▮▮ (.2); email correspondence from/to M. Kenna re ▮▮▮▮ (.2) | | | |
| 07/24/2023 | PDW Pamela Weiss | 2.70 | 300.00 | 810.00 |
| | Prepare for meeting with defendant Michel (.3); teleconference with Michel re ▮▮▮▮ (2.3); receive and review Michel's CV (.1) | | | |
| 07/25/2023 | PDW Pamela Weiss | 1.60 | 300.00 | 480.00 |
| | Prepare for telephone discussion with B. Mufale (.3); phone call with B. Mufale ▮▮▮▮ (1.2); draft and send follow up email to B. Mufale re ▮▮▮▮ (.1) | | | |
| 07/26/2023 | PDW Pamela Weiss | 1.70 | 300.00 | 510.00 |
| | Draft responses to interrogatories for Mufale (1.3); begin drafting responses to interrogatories for Michel (.4) | | | |
| 07/31/2023 | PDW Pamela Weiss | 0.20 | 300.00 | 60.00 |
| | Telephone discussion with Mike re discovery responses | | | |
| 08/03/2023 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Draft and send email to B. Mufale re ▮▮▮▮ (.1); supplement answer to Mufale's interrogatories (.2) | | | |
| 08/14/2023 | PDW Pamela Weiss | 0.40 | 300.00 | 120.00 |
| | Draft and send email to attorney Altman re extension for discovery responses (.1); review and analyze ▮▮▮▮ (.2); email to M. Kenna re ▮▮▮▮ (.1) | | | |
| 08/15/2023 | PDW Pamela Weiss | 2.30 | 300.00 | 690.00 |
| | Review and analyze Mason discovery responses ▮▮▮▮ (1.3); continue drafting answers to Interrogatories from defendant Michel (1.0) | | | |
| 08/16/2023 | PDW Pamela Weiss | 2.10 | 300.00 | 630.00 |
| | Phone call to/from Banu Mufale re discovery responses (.1); review and analyze ▮▮▮▮ (.1); draft responses to RFAs for defendant Michel (.8); revise and supplement responses to Interrogatories for defendant Mufale (.4); analyze discovery requests to UAA ▮▮▮▮ (.7) | | | |
| 08/18/2023 | PDW Pamela Weiss | 1.60 | 300.00 | 480.00 |
| | Email to/from M. Kenna re ▮▮▮▮ (.1); review and analyze provisions ▮▮▮▮ (1.1); begin drafting objections to discovery requests to UAA (.4) | | | |
| 08/22/2023 | PDW Pamela Weiss | 1.60 | 300.00 | 480.00 |
| | Telephone communication with M. Kenna re ▮▮▮▮ (.2); work on draft UAA responses (1.4) | | | |
| 08/23/2023 | PDW Pamela Weiss | 4.50 | 300.00 | 1,350.00 |
| | Receive and review and respond to multiple emails from C. Michel re ▮▮▮▮ (.3); phone call with P. Wilson re ▮▮▮▮ (.1); revise and supplement responses to interrogatories for Mufale (.3); evaluate and draft responses to RFAs for Mufale (.7); revise and supplement responses for Michel (.5); draft objections and responses for UAA responses to Interrogatories (2.6) | | | |

| Date | Tkpr/Exp | Activity Description | Billed Values | | |
|---|---|---|---|---|---|
| | | | Qty | Rate | Amount |
| 08/24/2023 | PDW | Pamela Weiss | 5.20 | 300.00 | 1,560.00 |
| | | Draft and send email to Mufale and Michel re discovery responses (.2); draft objections and responses for UAA to Requests for Admission and Requests for Production (1.6); revise and supplement responses to Interrogatories (.3);outline letter to Altman re plaintiff's discovery responses (.4); begin drafting letter to Altman re plaintiff's discovery responses (.7); email to/from M. Kenna re ▮ (.1); additional email correspondence to/from Michel re discovery responses and revise responses based on discussion (.5); phone call with Mufale re ▮ (.6); phone call with P. Wilson re ▮ (.8) | | | |
| 08/25/2023 | PDW | Pamela Weiss | 0.20 | 300.00 | 60.00 |
| | | Email correspondence with P. Wilson re ▮ | | | |
| 08/28/2023 | PDW | Pamela Weiss | 1.90 | 300.00 | 570.00 |
| | | Multiple telephone calls and emails with Dean Morton re ▮ (.8); review and revise UAA discovery responses ▮ (.6); develop plan ▮ (.1); draft and send emails to Mufale and Michel re ▮ (.2); compose and send email to Mike and Patti re ▮ (.2) | | | |
| 08/30/2023 | PDW | Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | | Emails f/t Mufale re verification page (.1); telephone discussion with Dean Morton ▮ (.2) | | | |
| 09/06/2023 | PDW | Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | | Phone calls to/from P. Wilson re ▮ | | | |
| 09/08/2023 | PDW | Pamela Weiss | 0.20 | 300.00 | 60.00 |
| | | Emails from/to Dean Morton re ▮ | | | |
| 09/12/2023 | PDW | Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | | Telephone call to Altman re dicussion of settlement | | | |
| 09/13/2023 | PDW | Pamela Weiss | 1.10 | 300.00 | 330.00 |
| | | Phone call with plaintiff attorney Altman re remedies sought by plaintiff (.5);analyze offer and draft and send email to Mike and Patti re ▮ (.6) | | | |
| 09/19/2023 | PDW | Pamela Weiss | 2.40 | 300.00 | 720.00 |
| | | Compose and send email to Patti and Mike re ▮ (.1); multiple correspondence to/from Mike re ▮ (.2); compose and send responsive email to Mike ▮ (.3); begin drafting proposed email to K Altman re counter offer (.1); research and analyze ▮ (.3); revise and supplement R 37 letter re discovery responses (.8); telephone discussion with Patti re ▮ (.6) | | | |
| 09/20/2023 | PDW | Pamela Weiss | 0.60 | 300.00 | 180.00 |
| | | Review and revise email to Altman re counter-offer (.1); evaluate pretrial and discovery tasks to ▮ (.2); revise and supplement letter to Altman re deficient discovery responses (.3) | | | |
| 09/21/2023 | PDW | Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | | Revise and supplement letter to Altman (.2); draft and send email to P. Wilson and M. Kenna re ▮ (.1) | | | |
| 09/27/2023 | PDW | Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | | Correspondence from/to Altman re extension for supplemental discovery responses | | | |
| 10/13/2023 | PDW | Pamela Weiss | 0.60 | 300.00 | 180.00 |
| | | Review and analyze supplemental discovery responses to determine compliance with R 37 letter and court rules (.5); draft and send email to clients re ▮ (.1) | | | |
| 10/16/2023 | PDW | Pamela Weiss | 0.20 | 300.00 | 60.00 |
| | | Review and analyze response to discovery request re medical records and draft and send email to P. Wilson re ▮ | | | |

| Date | Tkpr/Exp Activity Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10/19/2023 | PDW Pamela Weiss | 2.50 | 300.00 | 750.00 |
| | Review and analyze discovery responses and evaluate information ▮▮▮ ▮▮▮ | | | |
| 10/20/2023 | PDW Pamela Weiss | 0.50 | 300.00 | 150.00 |
| | Begin drafting second set of discovery requests | | | |
| 10/23/2023 | PDW Pamela Weiss | 1.60 | 300.00 | 480.00 |
| | Review and analyze supplemental disclosures and supplement and draft RFAs to Mason (1.5); forward to client for review (.1) | | | |
| 10/25/2023 | PDW Pamela Weiss | 1.20 | 300.00 | 360.00 |
| | Draft and send responsive email to K. Altman re depositions (.2); draft and send emails to UAA re ▮▮▮ (.2); draft and send separate emails to individual defendants re ▮▮▮ (.2); telephone call and discussion with Dr. Michel re ▮▮▮ (.6) | | | |
| 10/26/2023 | PDW Pamela Weiss | 0.50 | 300.00 | 150.00 |
| | Review and analyze email from Altman re deposition scheduling and extension of pretrial deadlines (.1); review and analyze schedule and draft and send email to Altman re same (.3); review and revise second discovery requests (.1) | | | |
| 10/27/2023 | PDW Pamela Weiss | 0.50 | 300.00 | 150.00 |
| | Draft response to Altman re deposition scheduling and extension (.2); draft and send email to UAA and individual defendants re ▮▮▮ (.3) | | | |
| 10/31/2023 | PDW Pamela Weiss | 0.40 | 300.00 | 120.00 |
| | Review and analyze proposed joint motion for extension of pretrial deadlines (.2); draft and send email to plaintiff counsel re alternative proposal (.2) | | | |
| 11/01/2023 | KEC Kristin E. Crabb | 0.30 | 350.00 | 105.00 |
| | Review and analyze 30(b)(6) request objections | | | |
| 11/01/2023 | PDW Pamela Weiss | 0.70 | 300.00 | 210.00 |
| | Review and analyze subjects in draft 30b6 notice (.2); research ▮▮▮ (.3); review and analyze proposed amended joint motion to extend deadlines and email to plaintiff approving same (.2) | | | |
| 11/03/2023 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Draft and send email update to P. Wilson re ▮▮▮ (.1); additional review and analysis of 30b6 notice (.2) | | | |
| 11/08/2023 | PDW Pamela Weiss | 1.80 | 300.00 | 540.00 |
| | Draft and send emails to individual defendants re ▮▮▮ (.1); draft and send email to Altman re 30(b)(6) notice deficiency (1.4); correspondence from/to Altman re 30(b)(6) notice scope (.3) | | | |
| 11/09/2023 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Email correspondence to/from B. Mufale re ▮▮▮ (.2); draft and send email to C. Michel re ▮▮▮ (.1) | | | |
| 11/10/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Draft and send email to Altman re depositions of Mufale and Michel | | | |
| 11/14/2023 | PDW Pamela Weiss | 0.70 | 300.00 | 210.00 |
| | Prepare for teleconference with Altman re 30b6 (.2); teleconference with Altman re 30b6 notice deficiencies (.5) | | | |
| 11/20/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Email from and draft responsive email to Altman re extension for discovery responses | | | |

| Date | Tkpr/Exp Activity Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | | **Billed Values** | | |
| 12/04/2023 | PDW Pamela Weiss | 0.80 | 300.00 | 240.00 |
| | Receive, review and analyze second discovery responses and supplemental IDs (.4); review and analyze renotice of 30b6 deposition (.2); draft and send email to P. Wilson and M. Kenna re ▓▓▓▓ (.1); draft and send email to P. Wilson and M. Kenna re ▓▓▓▓ 1) | | | |
| 12/08/2023 | PDW Pamela Weiss | 0.50 | 300.00 | 150.00 |
| | Email correspondence from/to Altman re 30b6 deposition (.2); email correspondence to/from Dean Morton re ▓▓▓▓ (.2); draft and send email to Patti and Mike re ▓▓▓▓ (.1) | | | |
| 12/09/2023 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Correspondence from/to Dean Morton re ▓▓▓▓ | | | |
| 12/11/2023 | PDW Pamela Weiss | 0.20 | 300.00 | 60.00 |
| | Email correspondence with Dean Morton and P. Wilson re ▓▓▓▓ | | | |
| 12/13/2023 | PDW Pamela Weiss | 0.80 | 300.00 | 240.00 |
| | Identify additional individuals to include on Final Witness List (.5); draft final discovery witness list (.3) | | | |
| 12/14/2023 | PDW Pamela Weiss | 0.50 | 300.00 | 150.00 |
| | Multiple email correspondence to/from Altman re depositions (.4); draft and send follow up email to D. Kinley (.1) | | | |
| 12/15/2023 | PDW Pamela Weiss | 2.00 | 300.00 | 600.00 |
| | Teams meeting with P. Wilson and Dean Morton re ▓▓▓▓ (.8); identify disclosure materials and forward to Dean Morton ▓▓▓▓ (.3); draft summaries for Final Discovery Witness List (.5); email to P. Wilson and M. Kenna re ▓▓▓▓ (.1); draft email to Altman re 30b6 witnesses for deposition (.1); correspondence with P. Wilson re ▓▓▓▓ (.1); phone call to D. Kinley (.1) | | | |
| 12/18/2023 | PDW Pamela Weiss | 0.50 | 300.00 | 150.00 |
| | Review and analyze plaintiff's Final Witness List (.1); email correspondence to/from P. Wilson re ▓▓▓▓ (.1); email and phone call to C. Hagen (.1); review and revise UAA Final Witness List (.2) | | | |
| 12/19/2023 | PDW Pamela Weiss | 1.30 | 300.00 | 390.00 |
| | Supplement and send email to Altman re depositions (.2); telephone discussion with Dr. Carla Hagen re ▓▓▓▓ (.8); draft and send email to Dr. Hagen ▓▓▓▓ (.2); additional email correspondence to/from Altman re deposition scheduling (.1) | | | |
| 12/20/2023 | PDW Pamela Weiss | 0.80 | 300.00 | 240.00 |
| | Multiple email correspondence to/from Altman re depositions (.3); draft and send email to B. Mufale and C. Michel re ▓▓▓▓ (.1); draft and send email to P. Wilson and M. Kenna re ▓▓▓▓ (.1); draft and send email ▓▓▓▓ to Hagen and Morton (.1); correspondence from/to Michel re ▓▓▓▓ (.2) | | | |
| 01/12/2024 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Draft and send email to D. Kinley | | | |
| 01/16/2024 | PDW Pamela Weiss | 1.50 | 300.00 | 450.00 |
| | Phone call with D. Kinley re ▓▓▓▓ (.6); draft and send email to Altman re deposition of Kinley (.1); preparation for deposition of Mason (.5); review and analyze Expert disclosure filed by plaintiff and evaluate ▓▓▓▓ (.3) | | | |
| 01/17/2024 | PDW Pamela Weiss | 2.20 | 300.00 | 660.00 |
| | Multiple correspondence to/from Altman re Kinley deposition (.3); phone call with Kinley re ▓▓▓▓ (.1); analyze claims and discovery to date ▓▓▓▓ (1.7); draft email to P. Wilson and M. Kenna re ▓▓▓▓ (.1) | | | |

| Date | Tkpr/Exp Activity Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | | **Billed Values** | | |
| 01/18/2024 | PDW Pamela Weiss | 2.30 | 300.00 | 690.00 |
| | Multiple email correspondence to/from Altman re depositions and notices (.2); draft and send emails to individual defendants re ▮ (.1); correspondence to/from defendant Mufale re change to deposition date (.1); email correspondence to/from Altman re same (.2); review records for use in deposition of Mason (1.7) | | | |
| 01/19/2024 | PDW Pamela Weiss | 1.90 | 300.00 | 570.00 |
| | Email correspondence with Altman re deposition (.1); email correspondence with Dr. Michel re ▮ (.2); email correspondence with Dean Morton re ▮ (.1); research re contract and ADA claims (1.4); receive and review multiple Notices of Deposition ▮ (.1) | | | |
| 01/22/2024 | PDW Pamela Weiss | 4.60 | 300.00 | 1,380.00 |
| | Work on outline for deposition of Mason (4.2); correspondence with Dean Morton re ▮ (.3); email to Director Hagan re ▮ (.1) | | | |
| 01/24/2024 | PDW Pamela Weiss | 2.60 | 300.00 | 780.00 |
| | Continue work on outline for deposition of Mason (2.4); email correspondence with Carla Hagen re ▮ (.2) | | | |
| 01/25/2024 | PDW Pamela Weiss | 0.70 | 300.00 | 210.00 |
| | Correspondence with Patti re ▮ (.1); email correspondence from/to Altman re depositions (.1); email correspondence with Carla Hagen re ▮ (.2); email correspondence with Daisy (.1); analyze deadlines for case planning (.2) | | | |
| 01/26/2024 | PDW Pamela Weiss | 4.30 | 300.00 | 1,290.00 |
| | Revise and supplement Mason deposition outline (2.1); analyze and identify exhibits for use in deposition (.9); Zoom meeting with Carla Hagen re ▮ (1.3) | | | |
| 01/29/2024 | PDW Pamela Weiss | 1.10 | 300.00 | 330.00 |
| | Analyze and organize exhibits for use in deposition of Rebecca Mason | | | |
| 01/30/2024 | PDW Pamela Weiss | 7.30 | 300.00 | 2,190.00 |
| | Correspondence to/from Altman re plan for deposition (.1); conduct deposition of Rebecca Mason (5.6); identify exhibits to forward to court reporter following deposition (.2); draft and send summary of deposition to Daisy (1.4) | | | |
| 02/01/2024 | PDW Pamela Weiss | 4.40 | 300.00 | 1,320.00 |
| | Review and analyze documents in preparation for meeting with Dean Morton (.5); zoom meeting with Dean Morton to prepare for deposition (2.1); draft email to Dean Morton re ▮ (.1); phone call with Director Carla Hagen re ▮ (1.7) | | | |
| 02/02/2024 | PDW Pamela Weiss | 2.60 | 300.00 | 780.00 |
| | Prepare for meeting with Hagen (.2); travel to UAA to meet with Hagen (.4) meeting with Hagen re ▮ (2.0) | | | |
| 02/05/2024 | PDW Pamela Weiss | 0.40 | 300.00 | 120.00 |
| | Receive and review information re zoom deposition and draft and send email to Dean Morton re same (.1); review and analyze documents provided by Director Hagen ▮ (.2); correspondence with C. Hagen re ▮ (.1) | | | |
| 02/06/2024 | PDW Pamela Weiss | 3.30 | 300.00 | 990.00 |
| | Prepare for deposition of Dean Morton as 30b6 (.3); attend deposition of Dean Morton (1.9); email correspondence to Dean Morton ▮ (.1); review and analyze documents and forward items to Dr. Michel to review for her deposition (.5); analyze scope of potential MSJ (.3); correspondence with C. Hagen and plaintiff counsel re emergency continuation of deposition (.2) | | | |
| 02/08/2024 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Correspondence from Dr. Michel re ▮ | | | |

| Date | Tkpr/Exp Activity Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | | **Billed Values** | | |
| | | **Qty** | **Rate** | **Amount** |
| 02/09/2024 | PDW Pamela Weiss | 2.40 | 300.00 | 720.00 |
| | Deposition preparation with Dr. Michel | | | |
| 02/12/2024 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Draft summary and update re depositions to Daisy and Mike | | | |
| 02/13/2024 | PDW Pamela Weiss | 1.30 | 300.00 | 390.00 |
| | Correspondence to/from Altman re deposition (.2); review and analyze potential exhibits for Michel's deposition (.2); draft and send email to Dr. Michel re ▮ (.1); phone call with Dr. Michel re ▮ (.8) | | | |
| 02/14/2024 | PDW Pamela Weiss | 3.20 | 300.00 | 960.00 |
| | Correspondence from/to Altman re exhibits (.1); prepare for deposition (.2); attend deposition of Dr. Michel (2.1); telephone discussion with Dr. Michel re ▮ (.8) | | | |
| 02/15/2024 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Draft and send email to B. Mufale re ▮ (.2); phone call and message to D. Kinley re ▮ (.1) | | | |
| 02/16/2024 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Correspondence from/to B. Mufale re ▮ (.2); draft and send email to Daisy and Mike re ▮ (.1) | | | |
| 02/19/2024 | PDW Pamela Weiss | 0.00 | 0.00 | 0.00 |
| | Correspondence t/f videographer re transcripts | | | |
| 02/20/2024 | PDW Pamela Weiss | 2.30 | 300.00 | 690.00 |
| | Correspondence with court reporter re transcripts (.1); phone call with D. Kinley re ▮ (.2); identify documents ▮ and draft and send email with same (.5); review and analyze transcript of Mason deposition ▮ (1.5) | | | |
| 02/21/2024 | PDW Pamela Weiss | 0.80 | 300.00 | 240.00 |
| | Identify documents ▮ and forward to Kinley ▮ (.5); outline subjects to discuss at deposition preparation with Kinley (.2); correspondence with Altman re upcoming depositions (.1) | | | |
| 02/23/2024 | PDW Pamela Weiss | 2.00 | 300.00 | 600.00 |
| | Telephone discussion with D. Kinley ▮ | | | |
| 02/26/2024 | PDW Pamela Weiss | 2.00 | 300.00 | 600.00 |
| | Zoom meeting with B. Mufale ▮ 1.8); receive and review proposed exhibits from plaintiff and forward to witnesses (.2) | | | |
| 02/27/2024 | PDW Pamela Weiss | 4.30 | 300.00 | 1,290.00 |
| | Prepare for depositions (.2); attend and defend deposition of D. Kinley (2.1); attend and defend deposition of B. Mufale (2.0) | | | |
| 02/29/2024 | PDW Pamela Weiss | 0.60 | 300.00 | 180.00 |
| | Draft summary to Daisy Saffir and Mike Kenna re ▮ | | | |
| 03/01/2024 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Correspondence to/from Carla Hagen re ▮ | | | |
| 03/04/2024 | PDW Pamela Weiss | 0.60 | 300.00 | 180.00 |
| | Email correspondence to/from Carla Hagen re ▮ (.2); multiple email correspondence to Altman re Hagen's deposition (.2); review and analyze re-notice for Hagen ▮ (.2) | | | |
| 03/08/2024 | PDW Pamela Weiss | 1.40 | 300.00 | 420.00 |
| | Telephonic discussion with Carla Hagen re ▮ | | | |

| Date | Tkpr/Exp Activity Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | | **Billed Values** | | |
| 03/11/2024 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Correspondence to/from court reporter and to Carla Hagen re deposition (.1); email correspondence with Carl Hagen re ▮▮▮ (.2) | | | |
| 03/12/2024 | PDW Pamela Weiss | 3.70 | 300.00 | 1,110.00 |
| | Review and analyze exhibits for deposition sent by Altman (.3); attend and defend deposition of C. Hagen (2.2); ▮▮▮ discussion with C. Hagen re ▮▮▮ (1.2) | | | |
| 03/13/2024 | PDW Pamela Weiss | 0.60 | 300.00 | 180.00 |
| | Prepare supplement disclosure of handbook (.2); correspondence with Daisy re ▮▮▮ d ▮▮▮ (.4) | | | |
| 04/23/2024 | PDW Pamela Weiss | 1.70 | 300.00 | 510.00 |
| | Review, review and analyze late-filed Errata from plaintiff (.7); draft and send email to D. Kinley ▮▮▮ (.2); draft and send email to C. Michel re ▮▮▮ 2); Draft and send email t D. Saffir and M. Kenna re ▮▮▮ (.6) | | | |
| 04/24/2024 | PDW Pamela Weiss | 0.10 | 300.00 | 30.00 |
| | Correspondence f/t Dr. Michel re e▮▮▮ | | | |
| 05/06/2024 | PDW Pamela Weiss | 0.30 | 300.00 | 90.00 |
| | Review and analyze email from C. Michel re ▮▮▮ (.2); draft and send email to C. Michel re ▮▮▮ (.1) | | | |
| 06/03/2024 | PDW Pamela Weiss | 3.70 | 300.00 | 1,110.00 |
| | Review and analyze Mason deposition transcripts to identify portions for use in Motion for summary judgment (1.3); prepare detailed outline of Motion for summary judgment (2.4) | | | |
| 06/06/2024 | PDW Pamela Weiss | 0.90 | 300.00 | 270.00 |
| | Work on Standard of Review and discussion regarding statute of limitations for MSJ | | | |
| 06/11/2024 | PDW Pamela Weiss | 2.20 | 300.00 | 660.00 |
| | Evaluate ▮▮▮ | | | |
| 06/12/2024 | PDW Pamela Weiss | 3.90 | 300.00 | 1,170.00 |
| | Work on background section of Motion for summary judgment (3.0); evaluate and analyze potential materials ▮▮▮ (.7); begin work on argument section (.2) | | | |
| 06/13/2024 | PDW Pamela Weiss | 5.20 | 300.00 | 1,560.00 |
| | Revise and supplement background section (.9); review and revise discussion re Statute of Limitations (.7); evaluate contract claim and outline portion of Motion for Summary Judgment re same (1.6); supplement background regarding ADA and testing issues (2.0) | | | |
| 06/14/2024 | PDW Pamela Weiss | 2.10 | 300.00 | 630.00 |
| | Review and supplement background section of Motion for summary judgment ▮▮▮ | | | |
| 06/16/2024 | PDW Pamela Weiss | 0.70 | 300.00 | 210.00 |
| | Work on consolidation of statement of facts in Motion for Summary Judgment | | | |
| 06/17/2024 | PDW Pamela Weiss | 6.80 | 300.00 | 2,040.00 |
| | Review and analyze 30b6 depositions ▮▮▮ (.7); review and analyze depositions of individuals to identify relevant citations (1.1); work on argument portion of summary judgment motion (5.1) | | | |
| 06/18/2024 | PDW Pamela Weiss | 0.40 | 300.00 | 120.00 |
| | Review and revise Standard of Review section of Motion | | | |

|                |                                |                                                                                                                                                                                                                      | **Billed Values** |        |          |
|----------------|--------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------:|-------:|---------:|
| **Date**       | **Tkpr/Exp**                   | **Activity Description**                                                                                                                                                                                             | **Qty** | **Rate** | **Amount** |
| 06/19/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 3.50  | 300.00 | 1,050.00 |
|                |                                | Review and revise Motion for summary judgment argument on civil rights claims (1.3); work on damages discussion (1.2); evaluate ▮▮▮ (1.0)                                                                            |       |        |          |
| 06/20/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 4.30  | 300.00 | 1,290.00 |
|                |                                | Continue work on motion to add citations to exhibits, and depositions (2.1); review and revise qualified immunity discussion (.8); review and revise argument section (1.4)                                          |       |        |          |
| 06/26/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 6.50  | 300.00 | 1,950.00 |
|                |                                | Review, revise and supplement argument section of Motion for Summary Judgment (4.2); review and analyze Complaint ▮▮▮ (1.8)                                                                                          |       |        |          |
| 06/27/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 2.90  | 300.00 | 870.00   |
|                |                                | Revise and supplement damages section of Motion for summary judgment (2.8); draft and send email to Daisy and Mike re ▮▮ (.1)                                                                                        |       |        |          |
| 06/30/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 7.40  | 300.00 | 2,220.00 |
|                |                                | Research re ▮▮▮ (.3); supplement standard regarding qualified immunity (.5); revise and restructure argument re damages (1.5); line edit of Motion for Summary Judgment and cite check against exhibits and cases (5.4) |       |        |          |
| 07/01/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 0.70  | 300.00 | 210.00   |
|                |                                | Final revisions to Motion for summary judgment before filing                                                                                                                                                         |       |        |          |
| 07/23/2024     | KEC Kristin E. Crabb           |                                                                                                                                                                                                                      | 0.30  | 300.00 | 90.00    |
|                |                                | Discuss ▮▮▮                                                                                                                                                                                                          |       |        |          |
| 07/23/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 0.60  | 300.00 | 180.00   |
|                |                                | Cursory review of Opposition (.2); evaluate ▮▮▮ (.2); draft and send email to Daisy and Mike re ▮▮▮ (.2)                                                                                                             |       |        |          |
| 07/30/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 3.80  | 300.00 | 1,140.00 |
|                |                                | Review and analyze Material Facts in opposition ▮▮▮, research re ▮▮▮ and begin drafting fact section of Reply                                                                                                        |       |        |          |
| 07/31/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 2.00  | 300.00 | 600.00   |
|                |                                | Work on drafting Reply                                                                                                                                                                                               |       |        |          |
| 08/01/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 4.20  | 300.00 | 1,260.00 |
|                |                                | Work on reply in support of MSJ                                                                                                                                                                                      |       |        |          |
| 08/02/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 0.70  | 300.00 | 210.00   |
|                |                                | Review and revise Reply (.6); email to Daisy and Mike ▮▮▮ (.1)                                                                                                                                                       |       |        |          |
| 10/10/2024     | PDW Pamela Weiss               |                                                                                                                                                                                                                      | 0.20  | 300.00 | 60.00    |
|                |                                | Correspondence from/to C. Michel re ▮▮▮                                                                                                                                                                              |       |        |          |
|                |                                | **Totals:**                                                                                                                                                                                                          | **224.10** |    | **67,215.00** |
|                | **Expenses**                   |                                                                                                                                                                                                                      |       |        |          |
| 04/30/2023     | 069                            |                                                                                                                                                                                                                      | 307.14 | 1.00  | 307.14   |
|                |                                | Westlaw on-line legal research                                                                                                                                                                                       |       |        |          |
| 09/30/2023     | 069                            |                                                                                                                                                                                                                      | 19.90 | 1.00   | 19.90    |
|                |                                | Westlaw on-line legal research                                                                                                                                                                                       |       |        |          |
| 06/28/2024     | 069                            |                                                                                                                                                                                                                      | 0.00  | 1.00   | 0.00     |
|                |                                | Westlaw.                                                                                                                                                                                                             |       |        |          |

| Date | Tkpr/Exp | Activity Description | Billed Values | | |
|---|---|---|---|---|---|
| | | | Qty | Rate | Amount |
| 08/30/2024 | 069 | Westlaw. | 24.26 | 1.00 | 24.26 |
| | | **Totals:** | **351.30** | | **351.30** |
| | | **Report Totals:** | | | **67,566.30** |