Kristin E. Crabb, Esq.
Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail:  kcrabb@guessrudd.com
E-mail:  pweiss@guessrudd.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF ALASKA-ANCHORAGE through the Board of Regents; et al.,<br><br>    Defendants. | Case No. 3:22-cv-00247-SLG |

NOTICE OF SUBMISSION OF DOCUMENTATION FOR BILL OF COSTS

  Defendants University of Alaska-Anchorage, Dorothy Kinley, Christine Michel, and Banu Mufale (collectively "UAA Defendants"), by and through their attorneys, Guess & Rudd P.C., hereby submit documentation regarding the Bill of Costs filed on April 7, 2025, at Dkt. 40, that was inadvertently omitted.

//

UAA Defendants' Notice of Submission of Documentation for Bill of Costs
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 1 of 2

Case 3:22-cv-00247-SLG  Document 41  Filed 04/08/25  Page 1 of 2

DATED at Anchorage, Alaska, this 8th day of April, 2025.

GUESS & RUDD P.C.
Attorneys for Defendants

By: s/Pamela D. Weiss
    Kristin E. Crabb, AK Bar No. 1011070
    Pamela D. Weiss, AK Bar No. 0305022

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of
April, 2025, a copy of the foregoing document
was served electronically on:

Keith Altman, Esq.

Guess & Rudd P.C.

s/Pamela D. Weiss
F:\DATA\6793\5\Pleadings\22 Notice of Documentation for the Bill of Costs.doc

UAA Defendants' Notice of Submission of Documentation for Bill of Costs
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 2 of 2

Case 3:22-cv-00247-SLG     Document 41     Filed 04/08/25     Page 2 of 2