**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  Rebecca Mason  </u>   v.   <u> University of Alaska – Anchorage, et al. </u>

CANDICE DUNCAN, CLERK OF COURT

Caroline Edmiston
D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO. 3:22-cv-00247-SLG

| PROCEEDINGS: **CLERK'S NOTICE** | DATE: April 15, 2025 |
|---|---|

    A Bill of Costs was filed on 04/07/2025 at Docket 40. No objections to the Bill of Costs were filed.

    Fees for printed or electronically recorded transcripts obtained for use in the case in the amount of $3,955.40 are allowed.

    Total costs taxed by the Clerk for Defendant University of Alaska – Anchorage, et al, against the Plaintiff Rebecca Mason in the amount of **$3,955.40** are awarded.

    Counsels' attention is directed to FRCvP 54(d)(1). Review of Costs.