Keith Altman, Esq. (*pro hac vice)*
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
*Attorney for Plaintiff, Rebecca Mason*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON,<br>                              *Plaintiff,*<br>v.<br><br>UNIVERSITY OF ALASKA-<br>ANCHORAGE, *et al.*,<br>                              *Defendants.* | CASE NO. 3:22-cv-00247-SLG |

## STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES

The parties, by and through their counsel of record, following the issuance of the Judgment on March 24, 2025, and the subsequent Costs Taxed on April 15, 2025, stipulated the following extension of time for Plaintiff to file an opposition to the Bill of Costs.

1.     The Court issued Judgment in favor of the Defendants on all counts on March 24, 2025. [ECF 038].

2.     Defendants filed a Motion for Attorney's Fees on April 7, 2025. [ECF 039].

3.    Plaintiff's opposition to Defendants' Motion for Attorney's Fees is due on or before April 21, 2025.

4.    The Parties are actively working to resolve the matter, which would make it unnecessary for the court to rule on the pending Motion for Attorney's Fees.

5.    As such, the parties respectfully request a 15-day extension of time to file their initial briefing, making the briefing due on or before May 6, 2025, which is after the deadline for appeal.

6.    Defendants submitted their Bill of Costs on April 7, 2025. [ECF 040].

7.    The Clerk issued Costs Taxed on April 15, 2025. [ECF 042].

8.    This request is not filed for the purpose of unreasonable delay, and no party will be prejudiced by the granting of this motion.

9.    Due to the nature of this motion, the parties request that the necessity for a separate memorandum of authorities be waived.

WHEREFORE, the parties, by and through their undersigned counsel, respectfully request that the Court grant this Motion for Extension of Time for Plaintiff to File Opposition to Defendants' Motion for Attorney Fees.

Respectfully Submitted,

Dated: April 18, 2025

/s/ Keith Altman
Keith Altman, Esq. (*pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road - Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com


*Attorney for Plaintiff*


Dated: April 18, 2025

/s/ Pamela D. Weiss (with permission)
Pamela D. Weiss, Esq.
Kristin E. Crabb, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: kcrabb@guessrudd.com
E-mail: pweiss@guessrudd.com


*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I served the foregoing document upon all parties by filing this document on this court's CM/ECF electronic filing system which will send a true copy to all counsel of record.


/s/ Keith Altman