Keith Altman, Esq. (*pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
*Attorney for Plaintiff, Rebecca Mason*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON,<br><br>   *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF ALASKA-ANCHORAGE, *et al.*,<br><br>   *Defendants.* | CASE NO. 3:22-cv-00247-SLG |

**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES**

---

  This matter is before the Court on the Stipulated Motion for Extension of Time for Plaintiff to File Opposition to Defendants' Motion for Attorney Fees. With good cause appearing.

  **IT IS ORDERED** granting the Stipulated Motion for Extension of Time for

Plaintiff to File Opposition to Defendants' Motion for Attorney Fees. Plaintiff's Opposition to Defendants' Motion for Attorney Fees is making the briefing due on or before May 6, 2025.

Dated this ____ day of April, 2025.

_____
SHARON L. GLEASON
United States District Court Judge