# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON,<br><br>        Plaintiff,<br>  v.<br><br>UNIVERSITY OF ALASKA-ANCHORAGE, *et al.*,<br><br>        Defendants. | Case No. 3:22-cv-00247-SLG |

### ORDER RE STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES

Before the Court at Docket 43 is the parties' Stipulated Motion for Extension of time for Plaintiff to File Opposition to Defendants' Motion for Attorney Fees. Upon due consideration, the motion is GRANTED. IT IS ORDERED the deadline for Plaintiff's Opposition to Defendants' Motion for Attorney Fees is extended to **May 6, 2025.**

DATED this 21st day of April, 2025, at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE