Kristin E. Crabb, Esq.
Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail:  kcrabb@guessrudd.com
E-mail:  pweiss@guessrudd.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA MASON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIVERSITY OF ALASKA- ) <br> ANCHORAGE through the Board of ) <br> Regents; et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:22-cv-00247-SLG |

## NOTICE OF DEFENDANTS' WITHDRAWAL OF MOTION FOR ATTORNEY'S FEES

Defendants University of Alaska-Anchorage, Dorothy Kinley, Christine Michel, and Banu Mufale (collectively "UAA Defendants"), by and through their attorneys, Guess & Rudd P.C., hereby notify the court that they do not intend to seek attorney's fees. As indicated in the stipulated motion for extension of time, the parties were actively working on resolving the matter.  (Dkt. 43 at 2)  Specifically, the parties agreed that if

UAA Defendants' Withdrawal of Motion for Attorney's Fees
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 1 of 2

Case 3:22-cv-00247-SLG     Document 45     Filed 05/05/25     Page 1 of 2

Ms. Mason elected not to appeal the underlying matter, UAA Defendants would forego costs and fees. Because Ms. Mason did not file an appeal with the 9th Circuit, UAA Defendants hereby withdraw the motion for attorney's fees filed at Dkt. 39.

DATED at Anchorage, Alaska, this 5th day of May, 2025.

GUESS & RUDD P.C.
Attorneys for Defendants


By: s/Pamela D. Weiss
 Kristin E. Crabb, AK Bar No. 1011070
 Pamela D. Weiss, AK Bar No. 0305022

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of
May, 2025, a copy of the foregoing document
was served electronically on:

Keith Altman, Esq.

Guess & Rudd P.C.

s/Pamela D. Weiss
F:\DATA\6793\5\Pleadings\23 Notice of WIthdrawal of Mtn Atty Fees.doc

UAA Defendants' Withdrawal of Motion for Attorney's Fees
Rebecca Mason v. University of Alaska-Anchorage, et al, Case No. 3:22-cv-00247-SLG
Page 2 of 2

Case 3:22-cv-00247-SLG   Document 45   Filed 05/05/25   Page 2 of 2